# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | **COURT MINUTES - CRIMINAL** |
| v. | Case No: 15-340 (JRT/LIB) |
| DANNY JAMES HEINRICH, Defendant. | Date: September 6, 2016 |
| | Court Reporter: Kristine Mousseau |
| | Courthouse: Minneapolis |
| | Courtroom: 15 |
| | Time Commenced: 1:00 pm |
| | Time Concluded: 2:04 pm |
| | Time in Court: 1 Hour & 4 Minutes |

Before John R. Tunheim, Chief Judge, United States District Court, at Minneapolis, Minnesota.

APPEARANCES:

    For Plaintiff:    Steven Schleicher, Julie Allyn
    For Defendant:    Katherian Roe, Reynaldo Aligada, Jr.    ☒ FPD

PROCEEDINGS:

☒ **Change of Plea Hearing.**

☒ PLEA:
    ☒ Guilty as to Count(s): 24 of the indictment

☒ Presentence Investigation and Report requested.
☒ Sentencing is scheduled on November 21, 2016 at 10:00am.
☒ Defendant remanded to the custody of the U.S. Marshal.

                                                                      s/ Heather Arent-Zachary
                                                                            Courtroom Deputy Clerk