```
1                    UNITED STATES DISTRICT COURT
                        DISTRICT OF MINNESOTA
2
    -----------------------------------------------------------
3                                    )
    United States of America,        )    File No. 15CR340
4                                    )        (JRT/LIB)
            Plaintiff,               )
5                                    )
    vs.                              )    Minneapolis, Minnesota
6                                    )    September 6, 2016
    Danny James Heinrich,            )    1:00 P.M.
7                                    )
            Defendant.               )
8                                    )
    -----------------------------------------------------------
9
        BEFORE THE HONORABLE CHIEF JUDGE JOHN R. TUNHEIM
10                 UNITED STATES DISTRICT COURT
                          (SENTENCING)
11
    APPEARANCES
12   For the Plaintiff:          United States Attorney's Office
                                 STEVEN SCHLEICHER, AUSA
13                               JULIE E. ALLYN, AUSA
                                 300 South Fourth Street
14                               Suite 1005
                                 Minneapolis, MN 55415
15
     For the Defendant:          Office of the Federal Defender
16                               KATHERIAN ROE, ESQ.
                                 REYNALDO ALIGADA, JR., ESQ.
17                               300 South Fourth Street
                                 Suite 107
18                               Minneapolis, MN 55415

19   Court Reporter:             KRISTINE MOUSSEAU, CRR-RPR
                                 1005 U.S. Courthouse
20                               300 South Fourth Street
                                 Minneapolis, MN 55415
21

22

23
         Proceedings recorded by mechanical stenography;
24   transcript produced by computer.

25
```

```
 1                                              10:00 A.M.

 2

 3                        (In open court.)

 4           THE COURT:  You may be seated.  Good morning,

 5   everyone.  This is Criminal Case Number 15-340, United

 6   States of America versus Danny James Heinrich.  We're here

 7   for sentencing today.

 8           Counsel, would you note your appearances?

 9           MS. ALLYN:  Good morning, Your Honor.  Julie

10   Allyn and Steve Schleicher here for the United States.

11           MR. SCHLEICHER:  Good morning, Your Honor.

12           THE COURT:  Good morning to both of you.

13           MR. ALIGADA:  Good morning, Your Honor.  Reggie

14   Aligada and Katherian Roe on behalf of Danny Heinrich, who

15   is present in court.

16           MS. ROE:  Good morning, Your Honor.

17           THE COURT:  Mr. Aligada, Ms. Roe, good morning to

18   you.

19           Mr. Heinrich, how are you today?

20           THE DEFENDANT:  Fine.

21           THE COURT:  All right.  We're ready to proceed.

22   In preparation for sentencing, the Court has carefully read

23   the presentence report that has been prepared by the

24   probation office in this case.  The Court has reviewed the

25   sentencing memoranda that has been filed by both sides in
```

1    this matter and looked back at the plea agreement and other

2    matters relevant to the sentencing.

3            Mr. Aligada, did you have enough time to work

4    with the probation office in consideration of this report?

5            MR. ALIGADA:  Yes, we did, Your Honor.

6            THE COURT:  Do you have any objections?

7            MR. ALIGADA:  We have no objections, Your Honor.

8            THE COURT:  Do you have any objection, Ms. Allyn?

9            MS. ALLYN:  None from the government, Your Honor.

10           THE COURT:  All right.  We need to take care of

11   the guideline issues first before we get to sentencing.

12   The Court will adopt the factual statements in the

13   presentence report as the Court's findings of fact for

14   sentencing.  As to the advisory guideline conclusions, the

15   conviction is on Count 24, receipt of child pornography.

16   The base offense level is 22.

17           There is a two-level reduction because of the

18   limitation of the material involved and no indication of

19   distribution.  So two-level increase because the material

20   involved a prepubescent minor or minor who has not yet

21   attained the age of twelve years.

22           There is a four-level increase for portrayal of

23   sadistic or masochistic conduct, a five-level increase for

24   engaging in a pattern of activity involving sexual abuse

25   and exploitation of a minor, a two-level increase for use

1    of a computer or interactive computer service, a two-level

2    increase for the number of images, which are at least ten

3    but fewer than 150, and the Court will grant a three-level

4    downward adjustment for acceptance of responsibility,

5    giving us a total offense level of 32.

6          Mr. Heinrich's Criminal History Category, the

7    Court finds to be level I, which does result in a guideline

8    range of 121 to 151 months, a supervised release range of

9    five years to life, a fine range of $17,500 up to $175,000,

10   mandatory restitution and a $100 special assessment.  The

11   Court will note a five-year mandatory minimum and a 20-year

12   maximum sentence for this crime.

13         All right.  Having made those calculations, which

14   of course I must do, we will turn now to addressing the

15   appropriate sentence.

16         Ms. Allyn, there are victims who wish to speak

17   this morning?

18         MS. ALLYN:  Yes, Your Honor.  At this time the

19   government would first call Jared Scheierl to the podium to

20   speak to the Court.

21         THE COURT:  Very well.

22         JARED SCHEIERL:  Good morning, Your Honor.

23         THE COURT:  Good morning.

24         JARED SCHEIERL:  I came here today to give a

25   statement, something I have been waiting for for a long

1    time.  At times I thought that this day may never come, but

2    it's here.  We're here today to hear the level of pain and

3    trauma that Danny Heinrich has inflicted on a number of

4    people through the course of 27 years or longer.

5              I have submitted a written statement as well that

6    expresses a lot of details pertaining to the night that

7    Danny Heinrich abducted, abducted me.

8              THE COURT:  And I read your statement.  I

9    appreciated receiving it.

10             JARED SCHEIERL:  And that being said, a victim of

11   physical, verbal and sexual assault, I was left that night

12   to deal with a lot of emotions, a lot of questions and

13   trying to seek clarity in my own life along the way.  That

14   being said, a few years ago somebody came to me curious

15   about trying to understand this complex case, and I agreed

16   to share my thoughts, my feelings, my emotions, everything

17   that is involved with all of this.

18             And through that process, I realized that there

19   are a heck of a lot of people that generally care about the

20   humanity or -- humanity in our society and all that, but

21   I've met a lot of amazing people along the way as well, and

22   I'm grateful for those people that have come into my life

23   and have given me the support and the reassurance and

24   strength that I need to maintain a normal life.

25             I recognize my blessings in life, and I choose to

1     go through life having few regrets on the decisions that I

2     make.  The, the idea that after today, after hearing the

3     testimonies and statements from the Wetterling family and

4     also recognizing the other victims associated in all of

5     this that aren't being heard today, I can say that this is

6     just one more step in gaining closure to an incident in my

7     life that has defined me in many ways.

8          And to make it short, I understand that Danny

9     Heinrich has an opportunity to speak to the Court today.

10    I'll have him know that I personally will be walking out at

11    that time for the fact that he should know that the words

12    that he had spoke to me on that evening haunted me for

13    years, and I don't chose to hear anything he wishes to say

14    at this time.

15         I would like him, on a final note, I would just

16    simply like to say to him, there is nothing uncommon about

17    common sense.  I just wish you had more common sense, and

18    that being said, I'll step down.

19         THE COURT:  Thank you, Mr. Scheierl.  I

20    appreciate that.

21         MS. ALLYN:  Your Honor, the government would call

22    Aaron Larson to the podium to address the Court.

23         THE COURT:  Very well.  Good morning, Mr. Larson.

24         AARON LARSON:  Good morning, Your Honor.  Thank

25    you.  I first wanted to thank everyone who has been

1     involved in helping us find Jacob, to the lawyers, to the

2     law enforcement, to the media, to our friends and family,

3     and especially to the Wetterlings.  Because of you, the

4     type of people that you all are, the type of son and

5     brother that Jacob was, that all shows in how nobody ever

6     stopped looking for Jacob.  That is because of all of you.

7          October 22nd, 1989, like any other night in life

8     was a night of choices.  The choices that Jacob, Trevor and

9     I made to start that night were ones that every child

10    should be able to make, to have fun, to enjoy your friends,

11    to enjoy life.  The choices that were made by Daniel

12    Heinrich that night changed so many lives, so many wrong

13    choices by him that caused heartache and sorrow for so

14    many.

15         October 22nd, 1989, I consider that the end of my

16    childhood.  A 20-year sentence for Daniel Heinrich is a

17    significant number for me.  For 20 years I lived with a

18    huge amount of guilt from the choices that were made from

19    that night.  I lived every day thinking I was the monster

20    that night, I was the coward that left my friend, I was the

21    coward that ran away.

22         Every day I lived with believing that me running

23    away was a choice.  During all these years, every decision

24    I made in life revolved around Jacob and the guilt I felt

25    because I was still here.  I was the last person who cared

1    about Jacob to see him, to be right next to him, and I just

2    left him.

3         I hated it.  I hated how I left him.  I was

4    Jacob's best friend, who became the kid who was with Jacob.

5    To hear the kid who was with Jacob meant in my mind the kid

6    who left Jacob.  I heard this everywhere I went every day.

7    It caused me to push people away, to be scared, to cry.

8         I just wanted Jacob to come home so we could be

9    best friends again, so his family could be happy, to stop

10   the pain.  On every October 22nd since 1989, I couldn't

11   handle the guilt.  I felt miserable going to the

12   Wetterlings because Jacob should be there with them, always

13   holding back an apology because I didn't know how to say

14   I'm sorry that I'm still here that, that the wrong choice

15   was made that night.

16        I left the state.  I left the country.  I just

17   wanted to be gone.  I just wanted to be Jacob's best friend

18   again.  I couldn't take being the kid who left Jacob.  The

19   choices that Daniel Heinrich made that night caused all of

20   that.  He took a beautiful, innocent life and attempted to

21   ruin so many more.  Because of this, I believe he should

22   spend the rest of his life in prison.  He is correct.  He

23   is just a man, an evil man that should be gone forever.

24        I say, "Attempted to ruin so many more lives,"

25   because he did not win.  Evil does not win.  He took Jacob

1    from us that night but can never take away his spirit, his

2    soul, his kindness that lives and carries on in so many

3    people here today.  In eleven years, I think Jacob taught

4    us all so much about life, how to make a difference, how to

5    be happy, how to make others happy.  I still believe in

6    this.

7           My kids will believe in this.  There is evil out

8    there every day, but the Jacob that is in all of us here

9    today is stronger than that, is deeper than that and can

10   overcome that.  We have all shown this by never giving up

11   looking for Jacob, never quitting.  Life is hard, but Jacob

12   showed us how great this hard life can be.  Jacob and his

13   spirit wins every day, not evil.

14          I read Daniel Heinrich's statement, and I could

15   write a response to every statement he put to paper.  Many

16   people have asked me what I would say to him, and I have a

17   hard time coming up with that, with what I would say to

18   him, because I don't think about him.  I think about Jacob

19   and what I would say to him.

20          I choose to concentrate on the good things in

21   life, and that is Jacob.  Every single person has had bad

22   things happen to them in life.  It's how we choose to deal

23   with these obstacles that determine the type of people that

24   we will become.

25          Daniel Heinrich had obstacles in life.  We all

1    have.  We all get to make choices on how to deal with those

2    obstacles.  He made the wrong choices.  Because of this, I

3    hope he does actually have feelings.  I hope he sheds tears

4    every day, feels the pain he caused to so many, waits for

5    sympathy that will never come.

6         He is right.  He is just a man.  He is not a

7    monster.  A monster can continue to scare kids at night,

8    continue to try and bring evil into the world.  He is just

9    a man that is going away forever.

10        In the beginning, I said 20 years was a

11    significant number because this is how long it took me to

12    come to terms with my guilt.  This is how long it took me

13    to realize that I didn't have a choice that night, to

14    realize that it wasn't me that should be -- should have

15    been taken instead of Jacob.  It was none of us.  We were

16    just kids who had no control over an evil man with a gun.

17        After 20 years, I re-found the Jacob that I had

18    in me before he was taken.  I found the joy in life, the

19    happiness that he always had in him.  I realized that it

20    was okay for me to be happy.  Jacob would want me to be

21    happy and to enjoy life.  I realized it was okay for me to

22    just be me, the Jacob -- to be the Jacob -- the me that

23    Jacob loved, to not be the kid who left Jacob, but to be

24    Jacob's best friend.

25        I found a way to find him again.  I chose this

1 path.  This choice led to life.  Jacob lived life to the

2 fullest every day.  I intend to make the most of that.

3 This choice led to me hearing I love you every day and me

4 really believing it because it's okay for me to be loved.

5 It led to hearing the pitter-patter of little feet and the

6 laughter of my children.  I will fight every day to make

7 sure that laughter never leaves.

8    When I am old, I want to be able to stand and

9 feel that I made a difference, that I did my best to live

10 life how Jacob taught me to live.  He was an amazing

11 teacher in those short eleven years.  I hope we can all

12 live to make a difference like he did.

13    On that dark night in 1989, evil came out, but

14 the good in life prevails.  The Jacob in all of us comes

15 out every day.  You can see it everywhere.  You can see his

16 happiness everywhere.  This is what I see in life.  I see

17 him.  I find him every day, and I always will.

18    That night I thought I made a choice to run into

19 the darkness.  Now, I make that choice freely.  If there is

20 darkness and evil out there, I chose to bring light.  I run

21 towards the darkness because I know I have the strength in

22 me to overcome the evil out there.

23    We all have this strength.  We can all make a

24 difference because we all have Jacob in us, because we were

25 Jacob's hope.

1              Thank you, Your Honor.

2              THE COURT:  Thank you, Mr. Larson.

3              MS. ALLYN:  Your Honor, the government would call

4    Jacob's brother Trevor to the podium.

5              THE COURT:  Very well.

6              Good morning, Mr. Wetterling.

7              TREVOR:  Good morning, Your Honor.  I'm just

8    going to go ahead and read my statement that I submitted.

9    October 22nd, 1989, changed my life forever.  I was a

10   ten-year-old boy with an older sister Amy and an older

11   brother Jacob and a younger sister Carmen, and from the

12   moment Jacob was taken, molested and murdered, my life was

13   never the same.

14             The entire dynamic of having a brother was taken

15   away.  Losing Jacob was hard enough, but for this man to

16   hold this secret for almost 27 years and continue to be

17   free is, as Jacob would say, entirely not fair.

18             I live close to Paynesville, and as much as my

19   parents, family and friends tried to take away my fear, I

20   still had the nightmare of not only having a gun pulled on

21   me, but also having a huge weight of guilt because that

22   night I was the one that pushed for us to bike to the

23   store.

24             No matter how much you tell yourself it wasn't

25   your fault, it is always in the back of your mind.  It is

1     not normal for a ten-year-old to sleep on the floor of

2     their parents' room.  It is not normal to miss so much

3     school in the fourth grade to have to hire a tutor to catch

4     you up to speed and have your parents lobby to the teacher

5     not to hold you back.

6          It is not normal to avoid sleep-overs at friends'

7     houses because it so happened to be on the 22nd of August,

8     and that in your little boy mind had -- that the monster

9     that took your brother is going to do it again to you.

10         It is not normal for your entire identity to be

11    stolen away and to be transformed into Jacob's brother.  It

12    is not normal to have nightmares and night terrors about

13    that night, but this time in your dreams, you are given the

14    choice that it could be you or one of the other friends you

15    were with, and you wake up screaming, scared and ashamed

16    because you chose not to be taken.

17         It is not normal for a ten-year-old boy to

18    request police officers to come back to their house and

19    answer the phones because that made you feel safe.  It is

20    not normal to bike home from your friend's house at night

21    with your parents or your friend's parents following you

22    home with their lights on because you weren't quite ready

23    to do it alone.

24         On the night of October 22nd, 1989, the life that

25    I knew was stolen and changed forever.  This terrible

1    horrible creature who thought it was okay to just steal

2    another human being and then murder him out of his own fear

3    of being caught is and will always be a threat to society.

4            Any person that does not value another person's

5    life and at any time they feel that their back is against

6    the wall and is willing to kill a child for no reason

7    except to save themselves from being caught does not

8    deserve to be free.

9            This monster was able to live free with his

10   secret for almost 27 years, 9,815 days free without paying

11   for what he did to my brother.  He wasted hours upon hours

12   of police, detectives and FBI agents' time and money

13   searching for a boy when he knew what he had done.

14           I will not feel safe if he is ever released from

15   prison, and our society will not be safe, and it is my

16   recommendation that since my brother's life was ended at

17   the age of eleven that his freedom be ended and that he is

18   incarcerated for the remainder of his life.

19           THE COURT:  Thank you, Mr. Wetterling.

20           MS. ALLYN:  Thank you, Your Honor.  At this time,

21   the government would call Jacob's sister Carmen to the

22   podium.

23           THE COURT:  Very well.  Good morning.

24           CARMEN:  Good morning.  When I was eight years

25   old, my life changed forever.  My big brother Jacob was

1    stolen away from us and was nowhere to be seen.  I wish I

2    would have begged those boys stay home that night and make

3    a home video, rather than going out to rent one.

4              There are months that I can barely remember.  It

5    was a whirlwind of people everywhere, police and FBI in

6    uniform answering our telephone, the news cameras with big

7    lights in our driveway.  I sent my imaginary friends Abi

8    and Aba to go looking for him.

9              I missed a lot of school.  When I did try to go

10   to school, kids didn't know what to say to me.  When they

11   did talk to me about Jacob, it wasn't always kind.  I

12   remember one time having to leave Girl Scout camp early

13   because another camper told me that Jacob was dead and our

14   family should just stop looking.

15             I'm afraid of helicopters.  Even to this day when

16   I hear the noise, I want to curl up in a blanket and

17   snuggle with my family.  I can't be alone.  Trevor and I

18   slept on our L-shaped couch every night together all

19   through middle school and high school.  When he went to

20   college, I had a friend sleep over almost every night of

21   the year.  The same pattern continued until I got married.

22             It's been very hard to meet new people.  So where

23   are you from?  How many brothers and sisters do you have?

24   That question was almost too hard to bear, that it was

25   easier to stick with friends who knew me when I was little.

1        I am taken back to this nightmare every time the

2   leaves start to change.  The time I have spent hoping,

3   praying, searching for my brother cannot be measured.

4        I love you Jacob.  This was not your fault, and

5   you didn't do anything wrong.

6        THE COURT:  Thank you.

7        MS. ALLYN:  Your Honor, the government would have

8   Jacob's sister Amy approach the podium.

9        THE COURT:  Very well.  Good morning, Amy.

10       AMY:  Good morning, Your Honor.  Thank you.

11       Recently our family learned what happened to my

12  brother Jacob.  On October 22nd, 1989, Danny Heinrich shot

13  and killed him after he kidnapped and sexually molested

14  him, my little brother who was kind and gentle to everyone

15  he met.

16       After he had been molested, Jacob was cold and

17  just wanted to go home to his family where he knew it was

18  warm and safe.  He thought he did something wrong.  Hearing

19  those details was a horrific experience that I have not yet

20  recovered from, and I don't know that I ever will.

21       After having some time to process the events of

22  the past weeks, I struggle with the fact that hearing those

23  grewsome details, while absolutely devastating, is not the

24  worst part about this.  Not even close.

25       The worst part is that for nearly 27 years he let

1    us believe that we would some day be able to see Jacob

2    again.  For nearly 27 years, he let me hold onto the image

3    I had in my mind and in my dreams of Jacob running up the

4    driveway back into our home to a huge group hug, with all

5    of the people who loved him so much.

6         All the times our parents went on TV begging and

7    pleading for answers, and he just watched.  He watched us

8    suffer through anniversary after anniversary.  27 years is

9    a long time.  He watched the community pull together for

10   prayer services, balloon releases and candlelight vigils.

11        Now when I close my eyes at night, the image I

12   see is that innocent, young boy cold and afraid in those

13   last moments of his life.  At the age of 13, my life was

14   forever changed.  My childhood ended because of what Danny

15   Heinrich did.  I felt I had to step up and help out around

16   the house with my other brother and sister, while our

17   parents did everything they could to find Jacob.

18        Dad worked to support our family, and mom

19   traveled around the state and country working first to get

20   Jacob's story out, and later to help law enforcement in

21   other communities learn how to work with victim families.

22        At a very young age, I helped out with driving

23   Trevor and Carmen to school and their activities.  I felt

24   guilty dropping Carmen off at dance because I thought

25   someone should stay with her and watch.  I hated taking

1    Trevor to school because I could tell how hard it was for

2    him to go without his brother.  This is a burden a teenager

3    shouldn't have to carry.

4            Now that I am married and have children of my

5    own, I know that what Danny Heinrich to Jacob and my family

6    has directly impacted my marriage and the way I parent my

7    children.  I have an adult life and responsibilities.  Yet

8    in so many ways, I am still that 13-year-old girl.

9            While I have no idea what my life would be like

10   if Jacob had never been taken, I do know that it would have

11   been without 27 years of pain directly caused by Danny

12   Heinrich.

13           Thank you, Your Honor.

14           THE COURT:  Thank you, Amy.

15           MS. ALLYN:  Your Honor, at this time the

16   government would have Jerry Wetterling approach the podium.

17           THE COURT:  Very well.

18           Good morning, Mr. Wetterling.

19           JERRY WETTERLING:  Thank you, Your Honor.

20           Before I read my statement, I just, I want to

21   express gratitude to literally everyone involved who has

22   gotten us to this date, including Mr. Heinrich, for

23   whatever reason coming forth and showing us where Jacob

24   was.

25           Jacob's abduction and murder by Danny Heinrich on

1   October 22nd, 1989, has affected me way more than I could

2   ever imagine.  First of all, my chiropractic office

3   business suffered greatly.  My office has never approached

4   the productivity numbers after the abduction as before.  I

5   stepped away from my practice totally for five weeks, after

6   which I returned to the office one day per week for five

7   weeks, after which I returned to work full time.

8          The first thing my staff in my Albany, Minnesota,

9   office asked me upon my return was, Is it true that members

10  of the Baha'i faith, which is my religion, sacrifice their

11  firstborn males?  That was a rumor which had been

12  circulating around rural Stearns County.

13         In addition, many other people were pointing the

14  finger at me as responsible for Jacob's kidnapping because

15  I didn't show enough emotion during many media interviews.

16  So not only was I in high emotional distress missing Jacob,

17  I was looked at by many as being responsible.

18         It was extremely difficult to fully concentrate

19  on my practice and my patients' needs during the first

20  years following Jacob's abduction.  I was frequently

21  interrupted in my office with calls from law enforcement,

22  people associated with Jacob Wetterling Foundation and

23  phychics to mention a few.  We spent thousands of dollars

24  on phychics and private investigators, as well as lost

25  potential income to today's loss due to various

1      search-related commitments and opportunities.

2            The sadness and stress caused by Jacob's

3      abduction was a strain on Patty's and my relationship.  We

4      were both hurting so deeply that we couldn't be there for

5      each other as we normally would.  Thus, we looked to other

6      people for support, which didn't help our relationship with

7      each other.  We survived that, but not without faith, great

8      heartache and financial and time expenditures for

9      counseling.

10           I lament for our other children because I wasn't

11     always there for them, due to something I was doing to

12     further the search for Jacob.  I miss Jacob so very much.

13     He and my dad had birthdays five days apart in February.

14     Jacob's middle name, Irwin, was my dad's first name.

15           We often celebrated their birthdays together.

16     They both loved fishing and were both very good fishermen.

17     My dad was never the same after Jacob's abduction, and I

18     believe it literally broke his heart.

19           It wasn't just Jacob's physical body that was

20     missing these last 27 years.  More importantly, I miss all

21     the things I didn't get to experience, laugh filled fishing

22     outings, pride filled school events, such as music

23     concerts, plays, sporting events, graduation, April Fool's

24     pranks, watching games together on TV and hearing Jacob

25     make a comment and then have the TV commentator say the

1    same thing seconds later, times hanging out with his

2    friends, possibly going off to college.

3            I could keep going with multitudes of other

4    commonly occurring life events.  Since October 22nd, 1989,

5    my common, overriding emotion could be summed up as

6    sadness.  Selfishly, this statement is only talking about

7    Danny Heinrich's actions affected me.  Unfortunately, the

8    ripple effect is exponentially greater because those

9    actions have affected thousands of people.

10           Therefore, in the best interests of society, I

11   strongly recommend that Mr. Heinrich be kept in civil

12   commitment upon completion of his prison term.

13           Thank you.

14           THE COURT:  Thank you, Jerry.

15           MS. ALLYN:  And, Your Honor, the government would

16   have Patty Wetterling approach the podium at this time.

17           THE COURT:  Good morning, Ms. Wetterling.

18           PATTY WETTERLING:  Good morning, Your Honor.

19   Thank you so much for this opportunity.

20           It's really difficult to describe impact when it

21   has been so much a part of your life for so long.  Words

22   can't express the magnitude of pain that Danny Heinrich has

23   inflicted on me and my family every day of our lives since

24   he hurt my heart, my soul, and every fiber of my being when

25   he murdered our son Jacob, a child that I carried for nine

1    months and nurtured for eleven years, eight months and five

2    days.

3           Jacob was a boy with many gifts that the world

4    will never realize because of this cruel and unnecessary

5    murder.  The pain that Heinrich inflicted on our family has

6    interrupted my ability to parent our other children without

7    fear, my ability to sleep without the nightmares of

8    wondering what happened to Jacob, my ability to live the

9    life that my family and I had worked so hard to build.

10          Jerry and I were minding our own lives, raising

11   four wonderful children, teaching them to be fair and

12   honest and kind when Danny Heinrich stole Jacob.  My heart

13   hurts.  I miss Jacob's touch, his smell, his freely given

14   hugs.  I miss his smile, his laughter, his jokes, his

15   questions, his zest for life.

16          I miss him playing with our dog and dressing him

17   up in football jerseys.  I miss him playing football with

18   the neighbors.  I miss him coming home from school and

19   complaining when something happened that wasn't fair.  He

20   hated things that weren't fair.

21          I miss him being a good sport when Amy and her

22   friends were playing restaurant, and Jacob, Trevor and

23   Carmen had to be customers and sit at fancy tables for tea

24   parties.  I miss his competitiveness with his brother when

25   they would play, argue and then fall asleep, each with one

1      arm wrapped around the other.

2              I miss him nurturing his little sister's

3      imaginary friends and using her foot for a microphone when

4      we had long car rides.  I miss him teasing and his pranks

5      that he would pull.  We hurt every day for all that we have

6      missed.

7              My heart hurts for Jacob's brother Trevor, for

8      the fear he instilled in him that horrible night and for

9      Aaron, who spent the next 26 years in fear, both of them

10     dealing with so many questions, anxiety and anger trying to

11     figure out what truly happened, wanting in part to wake up

12     from this horrible nightmare, only to find out that it

13     really did happen and Jacob was gone.

14             My heart hurts for our other children and that

15     sadness and fear they had to navigate, missing their

16     brother and figuring out how to grow up in a truly strange

17     and difficult environment, taking on far too many

18     responsibilities too early in life, just to keep things

19     going, but continually wanting our warm and friendly world

20     back.

21             Watching our children hurt was and continues to

22     be unbearable.  I can't take it away, and I can't explain

23     how anyone could cause so much pain.  My heart hurts for

24     parents who -- our parents who spent their final years

25     wondering, and they died, all of them not knowing.

1        For my sisters and brother and Jerry's sisters

2   who hurt so deeply over the loss of Jacob and for all of

3   our children, grandchildren, nephews and nieces and the

4   many tears they have shed for Jacob.  Family reunions were

5   difficult because of his absence.  As we watched everyone

6   grow up, we had to rely on a computer-generated age

7   enhancement to predict what Jacob might have looked like.

8        My hurt hurts for Rochelle, who baby-sat and was

9   a dear friend of all of ours, for Jacob's classmates,

10  friends and neighbors who all needed to rebuild their lives

11  with a new set of rules.  My heart hurts for the many other

12  victims of this man who will never experience justice.

13       My heart hurts for the entire St. Joseph

14  community who had never experienced such darkness, who

15  helped us to see the light of goodness and the millions of

16  truly kind people who were praying and hoping right along

17  for Jacob's safe return.

18       My heart hurts for the people who searched for

19  law enforcement, who investigated, parents who talked to

20  their children and held them tighter and for an entire

21  state and nation that strives for equality and justice and

22  yet has had to face the most unfair and unjust act of all

23  because of Heinrich's actions on October 22nd, 1989.

24       Danny Heinrich took away a wonderful human being

25  who cared deeply for family and friends and sports and

1    music and theater and jokes, hugs and kisses, football and

2    piggyback rides, a young boy, a kind and fun loving

3    brother, who wanted to grow up to be a football player, but

4    mostly who just wanted to grow up and live and contribute

5    to making the world a better place.

6           My heart hurts for Jacob and all that he went

7    through that last night.  It keeps me awake at night.  I

8    would like to say some comments directly to Danny Heinrich.

9    You didn't need to kill him.  He did nothing wrong.  He

10   just wanted to go home.

11          Your attorney wrote that you play that night over

12   and over in your head, but you knew.  No, you planned to

13   hurt someone that night.  You didn't just bring a gun to

14   scare the boys.  You brought bullets.  Why would you bring

15   bullets if not to use them?

16          I'm happy to hear that Jacob stopped you from

17   ever victimizing another child.  If I had one wish for you,

18   it would be for you to see who Jacob was and to know the

19   young boy you took from us and to feel, even for a second,

20   what you did.  You hurt a lot of people.

21          You continued to hurt us throughout the years,

22   but in spite of the pain, you were wrong.  Jacob didn't die

23   that night.  He wasn't ready to die.  You know that.  He

24   refused to die, and his spirit has moved people all over

25   the world, just as his jacket kept surfacing, at both the

1   burial sites.

2            Jacob wasn't going away, and we never gave up.

3   He believed in goodness and fairness.  All that he was and

4   all that he stood for is so much stronger than your

5   cowardice and fear.

6            We hold Jacob in our hearts, and we feel him

7   every time something good happens, a smile, a hug, a

8   helping hand, a rainbow.  Jacob's hope does live in all of

9   us, and you can never take that away, ever.  Not in 1989

10  when you did this and not in 2016 when you took him away

11  all over again.

12           I will not wonder about you or waste a moment of

13  my time concerning myself from this day forward.  It's my

14  hope that when we all walk out of this courtroom, we're

15  leaving the negativity, the fear, the anger, the

16  hopelessness, the confusion as best we can, and we're

17  taking Jacob with us, his hopes, his dreams, his smile, his

18  laughter, his sense of fairness and all that is good that

19  he stands for.

20           We truly stand together with the good people in

21  this world who believe in Jacob's hope and who never gave

22  up.

23           Thank you.

24           THE COURT:  Thank you, Patty.

25           MS. ALLYN:  Your Honor, there are no other victim

1    impact statements.

2            THE COURT:  All right.  We'll proceed now to

3    discuss the appropriate sentencing factors in this case.

4            Mr. Aligada, you can go first.

5            MR. ALIGADA:  On the day where Danny Heinrich is

6    to be sentenced, this day is hopefully about more than just

7    announcing the sentence.  It is hopefully about

8    Mr. Heinrich also doing what he can to contribute to the

9    process of healing for his victims for the people who have

10   spoken here today.

11           There is no way to know for sure, and there is no

12   way to know what the future holds, but for his part, for

13   knowing that the decisions and actions that he did and he

14   owns are the reasons that he stands here today.  He hopes,

15   if in some little bit, to contribute to that healing.

16           The past year since this case began has largely

17   consumed many people with trying to understand Danny

18   Heinrich, with trying to step into his shoes and trying to

19   understand what motivates him as a human being.

20           Several weeks ago when he pled guilty and when he

21   revealed his crimes to this Court and to the community,

22   something changed.  There is a natural instinct and a

23   natural desire by so many people to decide to view him as

24   something less than human, as someone capable of these

25   crimes that could not possibly be a human being with

1   feelings to understand pain.

2          Today, Mr. Heinrich hopes to explain that he is a

3   human being, and Danny Heinrich is a human being who not

4   only feels pain, but is able to understand that he has

5   caused pain.  Not to feel it, not to know it, but at least

6   to understand that he has caused pain to so many people.

7          He also knows that it's his actions that were

8   part of that pain, but also keeping a secret for so many

9   years.  For 26 years before his arrest, Mr. Heinrich lived

10  with guilt.  Understanding that guilt does not measure

11  anywhere close to the pain of the people who have spoken

12  today, he lived with that guilt.

13         He tried as many ways in his mind as he could to

14  decide how to reveal what he had done, but ultimately could

15  not do so.  When this case was filed, and about a year

16  later, several weeks ago, that was his opportunity, and in

17  pleading guilty to this crime, in revealing the secret, he

18  ended that period of time.

19         He ended what he had done in the community to

20  cope with his guilt, of living his life, of spending time

21  with his family, of working at his job, and he knows that

22  that time is over.  And in his mind since he pled guilty,

23  he has done everything he could to answer not just for

24  himself, but again to contribute to the healing, to come up

25  with an answer as to why all this happened.

1        And he has struggled.  He does not have the

2   answer.  What Danny Heinrich has struggled with the most

3   since the day of his guilty plea hearing just a few weeks

4   ago is whether there was anything that he could say to help

5   with the healing.  It has truly consumed him, almost

6   constantly for the last several weeks.

7        Mr. Heinrich has lived with the knowledge that

8   today would come, that he would have an opportunity to

9   speak, to contribute in any way possible to the end of this

10  case and to the healing of the victims that he affected and

11  to the community.

12       He knows that what he can attempt to do today is

13  apologize, but what is difficult is when you commit such a

14  horrible act, the instinct is for so many people not to

15  listen and to decide that what you're about to say is

16  self-serving or in some ways disingenuous.

17       So he worries about not having all the right

18  words, but Mr. Heinrich will try.  Mr. Heinrich will try to

19  heal as best he can and to contribute to it, but beyond

20  that, beyond his actions, there is nothing much more that

21  he can do.

22       Thank you, Your Honor.

23       THE COURT:  Thank you, Mr. Aligada.

24       Normally we would move to the prosecutor now, but

25  Mr. Heinrich, you have a right of allocution in this case,

1    and now is your opportunity.

2            Come on up to the lectern.

3            THE DEFENDANT:  I am truly sorry for my evil acts

4    that I have committed against the victims and their

5    families and the shame that I caused, brought onto myself

6    and my family, for the victim -- for the victim impact

7    statements that I read and the suffering and pain that they

8    have spoke here today, I will always remember.

9            Mr. and Mrs. Wetterling, the heinous acts, the

10   selfishness are unforgivable for what I have taken away

11   from you.  I don't know what else to say.  I'm so sorry.

12           To Jared Scheierl, the innocence I have taken

13   away of not just him, but from other victims, the

14   emotional, the psychological trauma that I have caused him

15   and his family and others, I'm sorry.

16           I've -- many are probably wondering how I kept

17   this secret so long.  Well, to spare myself and the

18   humiliation I would have brought to my family for my

19   actions.

20           There is no more, Your Honor.  I, I -- there is

21   no more.  I can't do it.

22           THE COURT:  Thank you, Mr. Heinrich.

23           Ms. Allyn?

24           MS. ALLYN:  Thank you, Your Honor.  This

25   defendant tried again today to say some words of remorse,

1    like in the papers that he submitted to this Court last

2    week, but this defendant is not remorseful for one second.

3            Danny Heinrich is a cold, calculating predator of

4    children.  He cannot now try to redeem himself by his

5    claims of remorse because any claim of remorse is a lie.

6    Even today, this defendant tried to talk about himself and

7    the shame it brings to his family.

8            If defendant had one ounce of remorse ever, he

9    would have ended the anguish for so many people so long

10   ago, but he did not.  He only ended anything now with his

11   confession because he was caught, and he only pled guilty

12   because the numbers were good for him.

13           Danny Heinrich only does what is good for Danny

14   Heinrich, and to claim any remorse now is Heinrich just

15   trying another calculated move to say what he thinks he

16   should say or could say today in court, but he is as cold

17   and calculating in these lies of remorse here today, as he

18   was cold and calculating when he went hunting through the

19   streets of Paynesville for little boys, when he went

20   hunting in Cold Spring and found Jared Scheierl.

21           Jared Scheierl was simply walking home.  He was

22   simply living a little boy's life, and this defendant

23   abducted him, and he raped Jared Scheierl.  Defendant time

24   and time again chose his depraved needs over the dignity of

25   these children.

1          Heinrich is a predator, and he did not stop after

2     Jared Scheierl, and in fact, he became even more cold and

3     calculating because that summer he got a gun after he had

4     raped Jared Scheierl, and he took that gun, and he took

5     those bullets, and the night October 1989, when he found

6     Jacob Wetterling and his brother and his best friend just

7     biking home, again being kids in every way that they should

8     be allowed to be kids.

9          And the defendant sat waiting like the predator

10    that he is, and he grabbed those boys.  He came out of the

11    night, like ever child's worst nightmare, your parents

12    worst nightmare, masked and harmed, and in this, he

13    victimized also Trevor and Aaron Larson.

14         We know now that it's this defendant, Danny

15    Heinrich, who stole Jacob that night, and we know a lot of

16    those facts of that horrible evening.  Jacob did everything

17    that this defendant asked him to do.

18         Defendant got what he wanted, and yet he went

19    back to his car.  He took bullets.  He loaded a gun, and he

20    killed Jacob Wetterling.  Danny Heinrich did not need to

21    kill Jacob.  Jacob deserved to live.  He deserved to become

22    a man, and his family deserved that, too.  It is impossible

23    to ever make sense of this senseless killing.

24         Hopefully now his family has some answers, but

25    there is really never any answer to why Jacob and why kill

 1    him, and all of that is so horrible enough, but despite

 2    this blood on his hands, this defendant only ever cared

 3    about himself from that night forward, for over 20 years.

 4    That night Danny Heinrich could have left Jacob's body

 5    there to be found, to be buried, to be grieved, but he

 6    didn't.

 7           He went and he buried that body, and a year later

 8    when the body resurfaced, he had a chance to just let this

 9    little boy be found, and by that time, this defendant knew

10    that everybody was looking for Jacob Wetterling.  The

11    magnitude it takes to dig up a body and re-bury it knowing

12    that entire community is begging and pleading for answers.

13           Your Honor, during the search warrant of

14    defendant's home, law enforcement found videotapes that

15    included the anniversary specials and news specials of the

16    Wetterlings looking at the camera and begging and pleading

17    for some answers.  So this defendant would have seen that,

18    and he would have just turned off the TV and went about his

19    life, and he did this year after year.

20           It is beyond horrible to molest children and to

21    have murdered a little child, but the unsolved nature of

22    this crime he let become a tragic force that ripped through

23    these families and these communities, and this, this

24    defendant, is a cruel Narcicisstic.

25           Untold amount of resources and time by

1    investigators, think for one moment that cruelty of day

2    after day the Wetterlings suffered every time somebody

3    called, a psychic or a sighting or somebody with this

4    chance of hope, that had been dashed over and over again.

5              This family died a death of a thousand cuts, and

6    this man, defendant, Heinrich, let that happen year after

7    year.  This defendant caused unparalleled anguish for so

8    many people, and in his papers to this Court, he claims he

9    stopped after Jacob Wetterling, just a quick comment on

10   that.

11             We are here on child pornography charges.  That

12   is not stopping.  He stalked children by filming them for

13   years, and he amassed a child porn collection.  That is not

14   a victimless crime.  This defendant never stopped.  It's

15   another calculated lie from him to this Court to claim

16   otherwise.

17             The enormity of his crimes are immeasurable.  To

18   be sure, 20 years in prison is not enough time.  He

19   deserves a lifetime in prison, but there was at least

20   closure, and for that, he will spend a few less decades in

21   prison than he deserves.

22             Your Honor, there are only aggravating factors in

23   this case.  His crimes were reprehensible and his silence

24   devastating.  There are no mitigating factors, so the

25   government requests this Court sentence the defendant to

1       the maximum sentence of 20 years.

2                   Thank you.

3                   THE COURT:  Thank you, Allyn.

4                   Mr. Aligada, anything else?

5                   MR. ALIGADA:  No, Your Honor.

6                   THE COURT:  Mr. Heinrich, could you come forward

7       to the podium?

8                   So, Mr. Heinrich, you are charged in Count 24 of

9       this indictment with the crime of receipt of child

10      pornography.  You pled guilty to Count 24, and the Court

11      finds that you are guilty of that crime.  I'm going to

12      sentence you to the custody of the United States Bureau of

13      Prisons for the period of 240 months, the agreed upon

14      sentence in this case, 20 years.

15                  I'm not going to impose a fine on you.  I don't

16      believe that you can afford a criminal fine.  I've signed a

17      forfeiture order in this case, and that's effective.  I

18      have examined all the statutory sentencing factors and --

19      which I must because this is an upward variance.  The

20      guideline range is much lower.

21                  There are perhaps a few mitigating factors

22      concerning your childhood and your upbringing, your history

23      and characteristics in that respect, but the rest, I agree

24      with Ms. Allyn.  They're all aggravating.

25                  The factors that I have to consider are the

1    nature and circumstances of the offense, and I'm

2    considering the murder, as well as the pornography offense,

3    child pornography offense.

4          And a sentence must reflect the seriousness of

5    the offense.  It must promote respect for the law, provide

6    for just punishment, afford adequate deterrence for

7    criminal conduct and to protect the public from further

8    crimes.

9          All of those factors come into play here in the

10   Court's consideration of this sentence, and they are all

11   aggravating.  It is not a sentence that is, causes any

12   unwarranted sentencing disparity, and it is sufficient, but

13   not more than necessary.

14         Had you been convicted of just one sexual

15   assault, the guideline range would have exceeded the

16   maximum sentence of 20 years, so the Court finds that this

17   is appropriate.

18         Now, with respect to supervised release, I'm

19   going to order you to serve a lifetime term of supervised

20   release.  There are conditions that you have to follow:

21   Not commit any crimes, federal, state or local.  I'm going

22   to suspend the mandatory drug testing because I do find

23   that you pose a low risk of substance abuse.

24         You'll have to comply with the requirements of

25   the Sex Offender Registration and Notification Act as

1    directed by the probation officer, the Bureau of Prisons or

2    any sex offender registration agency in a state in which

3    you live.

4         The special conditions that I will impose include

5    not possessing, viewing, accessing or otherwise using child

6    pornography or any material that is stimulating or sexually

7    oriented, deemed to be inappropriate by the probation

8    officer.

9         You'll have to provide the probation officer

10   access to any requested financial information, not

11   associate with persons under the age of 18, except in the

12   presence of a responsible adult who is aware of your

13   background.

14        No contact with the victims or their family

15   members, including letters, communication devices, audio or

16   visual devices, visits or any contacts through a third

17   party.  No renting a post office box or storage facility

18   without the prior approval of the probation officer.

19        Refrain from possessing or purchasing any

20   electronic equipment, including video and still cameras.

21   You'll have to participate in sex offender and/or mental

22   health treatment as approved by the probation officer.

23        And you'll have to submit any area under your

24   control to a search by the probation office if there is a

25   reasonable belief of contraband or a supervised release

1    violation.

2          And you should not possess or use a computer or

3    have access to any online service, and you would be placed

4    on a program of stand=alone monitoring for the duration of

5    the supervised release term, which would be monitored by

6    location monitoring technology.

7          Although there is no fine, there is a $100

8    special assessment that is now due and payable, and I have

9    not been advised of any restitution requirement.

10          There are counts to be dismissed, Ms. Allyn.

11          MS. ALLYN:  Yes, Your Honor.  At this time the

12    government would dismiss the remaining counts.

13          THE COURT:  All right.  Counts 1 through 23 and

14    25 are dismissed upon the motion of the government.

15          Mr. Heinrich, normally you would have a right to

16    appeal any sentence imposed by the Court.  You have given

17    up that right as part of your plea agreement.  So that's a

18    right that you no longer have, except for future petitions

19    for ineffective assistance of counsel.  The United States

20    has also waived its right to appeal this sentence.

21          You technically have a right to appeal your

22    guilty plea if you feel that your guilty plea was unlawful

23    or involuntary or there was some other fundamental defect

24    in these proceedings that was not waived by your guilty

25    plea.

1          Do you understand these rights?

2          THE DEFENDANT:  Yes, Your Honor.

3          THE COURT:  Okay.  Are there recommendations you

4     wish the Court to make, Mr. Aligada?

5          MR. ALIGADA:  As for placement in the Bureau of

6     Prisons, no, Your Honor.  We have no specific

7     recommendations.

8          THE COURT:  All right.  Do you have anything else

9     that you have, Ms. Allyn?

10          MS. ALLYN:  Your Honor, the government requests

11     that restitution remain open for 90 days.

12          THE COURT:  Very well.  I'll keep the restitution

13     order open.

14          MS. ALLYN:  Thank you.

15          THE COURT:  Do you have anything else,

16     Mr. Aligada?

17          MR. ALIGADA:  No, Your Honor.

18          THE COURT:  All right.

19          Mr. Heinrich, I'm giving you the most severe

20     punishment that is available to me.  I agreed to impose

21     this sentence in order to find the remains of Jacob

22     Wetterling and to provide closure to the Wetterling family.

23     It is closure that you denied them for 27 long years as

24     they, as we heard today, as they hoped and prayed that

25     their much loved son and brother would return.

1       We won't pretend today that this crime and

2   sentence is about child pornography, although it

3   technically is.  It is not.  It's about taking a childhood

4   away from Jared Scheierl and taking a lifetime away from

5   Jacob Wetterling.

6       And it is also about changing the lives of so

7   many children and parents, who prayed for Jacob's return

8   and lived in the fear that someone like you, someone evil,

9   would come out of the darkness, out of the woods, out of

10  the bushes, from around the corner, abuse them and take

11  them away, never to be seen again.

12      Every child knows the story of Jacob Wetterling.

13  You stole the innocence of children's lives in the small

14  towns, in the rural areas and the cities in Minnesota and

15  beyond, and as we have heard today, the long-sought answers

16  in this case are devastating.

17      There is no other word for it.  I think we all

18  felt intense pain when you admitted what you had done and

19  how you did it, and that pain will never go away.  It is

20  possible that you will be released in 17 years under this

21  sentence, but I don't expect it because what you have done

22  is so heinous and so brutal and awful that it's unlikely

23  that society will let you go free.

24      So this long nightmare is not over.  There is no

25  answer to the why, but there is closure today and an

1    opportunity for healing.  And today's statements, which I'm

2    sure were very difficult to give, reflect the intense pain

3    that is felt, but also give us hope for healing and promise

4    of brighter days ahead.

5            No one is ever going to forget October 22nd of

6    1989, but we will move forward, and I know that we're in a

7    better place as a society because of the commitment that

8    the Wetterling family has made to Jacob and to protecting

9    other children.

10           So to you, Mr. Heinrich, you are a human being.

11   You're not a monster, and you deserve to be treated

12   humanely, and you will be.  And you've had fine

13   representation, as you have deserved, as any defendant

14   would.

15           So I wish you good luck as you serve your

16   punishment for one of the most truly horrible crimes that I

17   have ever seen.

18           Mr. Heinrich will remain in the custody of the

19   Marshal's Service pending designation.  I thank you all,

20   and we will be in recess.

21           THE CLERK:  All rise.

22               **(Court was adjourned.)**

23                   *       *       *

24

25

1          I, Kristine Mousseau, certify that the foregoing

2    is a correct transcript from the record of proceedings in

3    the above-entitled matter.

4

5

6

7    Certified by:  s/  Kristine Mousseau, CRR-RPR

                        Kristine Mousseau, CRR-RPR
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25